**Ronald K. BASSETT, Petitioner–Appellee,**

v.

**R. WILEY, Warden, Respondent–Appellant.**

No. 06–1514.

United States Court of Appeals, Tenth Circuit.

March 15, 2007.

Ronald K. Bassett, Florencee, CO, pro se.

John M. Hutchins, Troy A. Eid, U.S. Attorney, Office of the United States Attorney, Denver, CO, for Respondent–Appellant.

Before MURPHY, McWILLIAMS, and HARTZ, Circuit Judges.

### ORDER AND JUDGMENT*

PER CURIAM.

The abatement entered in this matter originally on January 29, 2007, is lifted. In accord with the response the government submitted to our order dated February 21, 2007, and more particularly in light of our opinion in *Wedelstedt v. Wiley,* 477 F.3d 1160 (10th Cir.2007), the judgment of the district court in this matter is AFFIRMED.

---

* After examining the appellate record, this panel has determined unanimously that oral argument would not materially assist in the determination of this appeal. *See* Fed. R.App. P. 34(a)(2); 10th Cir. R. 34.1(G). This case is therefore submitted without oral argument. This order and judgment is not binding precedent except under the doctrines of law of the case, res judicata and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R.App. P. 32.1 and 10th Cir. R. 32.1.